# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 21-3706

———————————————

Timothy Joseph Carroll

*Plaintiff - Appellant*

v.

Rosetta McAllister, RN; Jesse N., Patient

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: August 16, 2022
Filed: August 19, 2022
[Unpublished]

——————————

Before COLLOTON, GRUENDER, and BENTON, Circuit Judges.

——————————

PER CURIAM.

Timothy Carroll, an involuntarily committed patient in a sex offender treatment program at Norfolk Regional Center (NRC) in Nebraska, appeals following the

adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action.[1]  After careful review of the record and the parties' arguments on appeal, we find no basis for reversal.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.